## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| AMANDA K. QUALLS, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **Case No. 12-CV-1170-EFM-GLR** |
| | ) | |
| FRANCHISE STRATEGIES, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF NONSUIT WITH PREJUDICE

COMES NOW, the Parties and inform the Court of the following on this Notice of

Nonsuit:

      A.  Plaintiff requests the nonsuit with prejudice of the above-referenced matter.

      B.  Defendant consents and approves of the nonsuit with prejudice.

Dated this 10th day of December, 2013.

                        Respectfully submitted,

                        **/s/Randall K. Rathbun**

                        Randall K. Rathbun #09765

                        Depew Gillen Rathbun & McInteer LC

                        8301 E. 21st St. N., Suite 450

                        Wichita, KS 67206-2936

                        Telephone: (316) 262-4000

                        Fax: (316) 265-3819

                        Email: Randy@depewgillen.com

                        *Attorneys for Plaintiff*

/s/ Trinidad Galdean
Trinidad P. Galdean  #22973
Hinkle Law Firm LLC
301 N. Main Street, Ste. 2000
Wichita, KS 67202-4820
Telephone: (316) 267-2000
Facsimile:  (316) 660-6033
tgaldean@hinklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2013, I electronically filed the above

and foregoing **Notice of Nonsuit with Prejudice** with the Clerk of the Court using the CM/ECF

system which provides electronic service to the following:

 Trinidad P. Galdean (SC #22973)
Hinkle Law Firm LLC
301 N. Main Street, Ste. 2000
Wichita, KS 67202-4820
Telephone: (316) 267-2000
Facsimile:  (316) 660-6033
tgaldean@hinklaw.com

*Attorneys for Defendant*

/s/Randall K. Rathbun
Randall Rathbun #09765